UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MELLVE SHAHID, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:12CV900 CDP |
| | ) |
| US BANCORP, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

Defendant Florissant Police Department filed a motion to dismiss this action for failure to name the correct legal entity, the City of Florissant, as the proper defendant. In response, plaintiffs amended their complaint as of right and named the City of Florissant as a defendant. The Florissant Police Department is not named as a defendant in the amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to dismiss [#6] is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of June, 2012.